DeOrchis & Partners, LLP
2355 Main Street
South Chatham, MA 02659
(508) 432-2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-30219-MAP

| DANZAS CORPORATION d/b/a DHL DANZAS AIR & OCEAN, |
|---|
| Plaintiff, |
| - against - |
| KROFTA TECHNOLOGIES CORPORATION, PETER R. KIRCHNER, MICHAEL NOYES, NORTHEAST FABRICATORS & MECHANICAL SERVICES, LLC, and DANIEL SHEPARD, |
| Defendants. |

Civil Case no.: _____

### CERTIFICATE OF JOHN K. FULWEILER, JR. IN SUPPORT OF PRO HAC VICE ADMISSION

I, John K. Fulweiler, Jr., hereby apply for leave to practice in this Court in this particular case and certify in accordance with LR 83.5.3(b) that:

1. I am an attorney with DeOrchis & Partners, LLP with offices in New York City and Massachusetts. We represent plaintiff DANZAS CORPORATION d/b/a DHL DANZAS AIR & OCEAN ("DHL").

2. Certain proceedings involving the above captioned parties were commenced and then voluntary dismissed without prejudice in the State of Florida and the undersigned represented DHL in those proceedings as well as in attendant settlement negotiations.

1

Thus, it is important for continuity, and the client so desires, that the undersigned continue to actively participate in this matter.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice: Arkansas, Florida, New York, New Jersey, United States District Court of Connecticut, United States District Court for the Middle and Southern Districts of Florida, United State District Court of New Jersey, United States District Court for the Southern and Eastern Districts of New York and the District of Connecticut, and the Eleventh and Second Circuit Courts of Appeal.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction and I have never been sanctioned or disciplined by any court.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

RESPECTFULLY SUBMITTED this 5th day of November, 2004.

John K. Fulweiler, Jr.

Certificate of Service

I certify that no parties have appeared in this matter such that service of this pleading is not required.

David J. Farrell, Jr.