DeOrchis & Partners, LLP
61 Broad
South Chatham, MA 02659
(508) 432-2121
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANZAS CORPORATION d/b/a DHL DANZAS AIR & OCEAN,

          Plaintiff,

- against -

KROFTA TECHNOLOGIES CORPORATION, PETER R. KIRCHNER, MICHAEL NOYES, NORTHEAST FABRICATORS & MECHANICAL SERVICES, LLC, and DANIEL SHEPARD,

          Defendants.

Case no.: 04-CV-30219

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that De Orchis & Partners, LLP by John K. Fulweiler, Esq. an attorney in good standing who has been admitted to the bar of this court by way of a pro hac vice motion, hereby appears in the captioned matter for and on behalf of plaintiff DANZAS CORPORATION d/b/a DHL Danzas Air & Ocean ("DHL").

Dated:    New York, New York
          November 17, 2004

                DeOrchis & Partners, LLP
                Attorneys for Plaintiff

                By: _____
                John K. Fulweiler, Esq.
                Pro Hac Vice Admission
                61 Broadway, 26th Floor
                New York, NY 10006
                212-344-4700 - Tel.
                212-422-5299 - Fax.
                jfulweiler@marinelex.com