UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
C.A. No. 04-30219-MAP

DANZAS CORPORATION D/B/A DHL
DANZAS AIR & OCEAN,
    Plaintiff

v.

KROFTA TECHNOLOGIES
CORPORATION; PETER R. KIRCHNER;
MICHAEL NOYES; NORTHEAST
FABRICATORS & MECHANICAL
SERVICES, LLC; AND DANIEL
SHEPARD,
    Defendants

### NOTICE OF APPEARANCE
### FOR DEFENDANT

Please enter my appearance as counsel for Defendant Daniel Shepard. I certify that I am admitted to practice in this Court.

Respectfully submitted,

_____
Paul S. Weinberg, Esq., BBO No. 519550
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
(413) 582-6886 fax (413) 582-6881

### CERTIFICATE OF SERVICE

I, Paul S. Weinberg, Esq., hereby certify that on this 10th day of January, 2005, I served a copy of the foregoing by mailing, postage prepaid, to counsel.
Subscribed under penalties of perjury.

_____
Paul S. Weinberg, Esq.