UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANZAS CORPORATION d/b/a DHL DANZAS AIR & OCEAN,<br><br>                  Plaintiff,<br><br>- against -<br><br>KROFTA TECHNOLOGIES CORPORATION, PETER R. KIRCHNER, MICHAEL NOYES, NORTHEAST FABRICATORS & MECHANICAL SERVICES, LLC, and DANIEL SHEPARD,<br><br>                  Defendants. | Civil Case no.: 04-30219-MAP |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

The attorneys for all of the parties have reached an agreement for a proposed Pretrial Schedule as follows:

A.     <u>Proposed Pre-Trial Schedule</u>

    1.   Initial disclosures by:                                           February 18, 2005

    2.   Amendments to pleadings to add parties by:            February 25, 2005

    3.   Completion of written discovery and fact depositions by:   July 1, 2005

    4.   Plaintiff's designation of expert witnesses by:           August 5, 2005

    5.   Defendant's designation of expert witness by:           September 9, 2005

    6.   Completion of Expert depositions by:                    October 1, 2005

    7.   Dispositive Motions to be served by:                      November 18, 2005

    8.   Opposition to Dispositive Motions to be served by:     December 23, 2005

    9.   Reply to Oppositions to be served by:                    January 13, 2006

    10. A Final Pre-Trial Conference shall be held on or before January 23, 2006 or other date to be set at the convenience of the Court.

B.   Defendant Shepard consents to trial by Magistrate Judge, the other parties have not yet determined whether they will consent to trial by Magistrate Judge.

C.   The plaintiff has presented a written settlement proposal to the defendants.

D.   The parties' certifications pursuant to Local Rule 16.1(D)(3) will have or have been submitted.

Dated:      January 28, 2004

DANZAS CORPORATION


By:   /s/ John K. Fulweiler (jeg)
       DeOrchis & Partners, LLP
       John K. Fulweiler, Esq.
       61 Broadway, 26th Floor
       New York, NY 10006
       212-344-4700 - Tel.
       212-422-5299 - Fax

KROFTA TECHNOLOGIES CORPORATION,
PETER R. KIRCHNER, MICHAEL NOYES,
NORTHEAST FABRICATORS & MECHANICAL
SERVICES, LLC


By:   /s/ Benjamin Smith (jeg)
       Simons, Smith & Gerrard
       Benjamin Smith, Esq.
       75 North Street
       Pittsfield, MA 01201
       413-442-2731 - Tel.
       413-443-7409 - Fax.

DANIEL SHEPARD


By:   /s/ John E. Garber
       Weinberg & Garber, P.C.
       John E. Garber, Esq.
       71 King Street
       Northampton, MA 01060
       413-582 6886 - Tel.
       413-582 6881 - Fax.