UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

C.A. No. 04-30219-MAP

DANZAS CORPORATION D/B/A DHL
DANZAS AIR & OCEAN,
    Plaintiff

v.

KROFTA TECHNOLOGIES
CORPORATION; PETER R. KIRCHNER;
MICHAEL NOYES; NORTHEAST
FABRICATORS & MECHANICAL
SERVICES, LLC; AND DANIEL
SHEPARD,
    Defendants.

## RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and Defendant Daniel Shepard certify that they have conferred with a view of establishing a budget for the costs of conducting the full course of litigation, and have considered resolution of the litigation through alternative dispute resolution.

DEFENDANT DANIEL SHEPARD

By: ___/s/ John E. Garber___       By:___/s/ Daniel Shepard___
Paul S. Weinberg, Esq.      Mr. Daniel Shepard
BBO No. 519550      190 Orchard Circle
John E. Garber, Esq.      Richmond, MA 01254
BBO No. 635313      (413) 698-2045
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
(413) 582-6886
fax (413) 582-6881

## CERTIFICATE OF SERVICE

I, John E. Garber, Esq., hereby certify that on this 3rd day of February, 2005, I served a copy of the foregoing by mailing, postage prepaid, to counsel.

Subscribed under penalties of perjury.

                                                     _/s/ John E. Garber_____
                                                     John E. Garber, Esq.

0501241001.doc

0501241001.doc