UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Western Section

| | |
|---|---|
| DANZAS CORPORATION, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>KROFTA TECHNOLOGIES CORP., )<br>PETER R. KIRCHNER, MICHAEL )<br>NOYES, and NORTHEAST )<br>FABRICATORS AND MECHANICAL )<br>SERVICES, LLC )<br>)<br>Defendants )<br>) | CASE NO. 04-0219-MAP |

### Rule 16.1(D)(3) Certification

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and the parties or their representatives certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of litigation, and have considered resolution of the litigation through alternative dispute resolution.

Respectfully submitted.

KROFTA TECHNOLOGIES CORPORATION

By: Michael Noyes
Its:    President

PETER R. KIRCHNER

MICHAEL NOYES

_____

NORTHEAST FABRICATORS AND
MECHANICAL SERVICES, LLC

By: Michael Noyes
Its:    Member

Dated: January ___, 2005

By:_____
Their attorney
Benjamin Smith, Esq.
BBO #553614
Simons, Smith & Gerrard
75 North Street, Suite 320
Pittsfield, Massachusetts 01201
(413) 442-2731

## CERTIFICATE OF SERVICE

I, BENJAMIN SMITH, ESQ. hereby certify that I have served a copy of the foregoing document by mail on the ___ day of January, 2005 upon:

JOHN K. FULWEILER, ESQ.
DEORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York  10006

DAVID J. FARRELL, JR., ESQ.
BBO # 559847
2355 Main Street
P.O. Box 186
S. Chatham, MA  02659

JOHN GARBER
WEINBERG & GARBER, PC
71 King St.
Northampton, MA 01060

_____
BENJAMIN SMITH