UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANZAS CORPORATION d/b/a ) <br> DHL DANZAS AIR & OCEAN, ) <br>      Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> KROFTA TECHNOLOGIES ) <br> CORPORATION, PETER R. ) <br> KIRCHNER, MICHAEL NOYES, ) <br> NORTHEAST FABRICATORS & ) <br> MECHANICAL SERVICES, LLC, and ) <br> DANIEL SHEPARD, ) <br>      Defendants ) | Civil Action No.  04-30219-MAP |

SCHEDULING ORDER
February 4, 2005

NEIMAN, U.S.M.J.

  The following schedule was established at the initial scheduling conference this day:

  1. The parties shall complete their automatic disclosures by February 18, 2005.

  2. Amendments to the pleadings shall be filed by February 25, 2005.

  3. All written discovery and non-expert depositions shall be completed by July 1, 2005.

  4. Counsel shall appear for a case management conference on July 13, 2005, at 11:00 a.m. in Courtroom Three.

  IT IS SO ORDERED.

                /s/ Kenneth P. Neiman
                KENNETH P. NEIMAN
                U.S. Magistrate Judge

Case 3:04-cv-30219-MAP     Document 15     Filed 02/04/2005     Page 2 of 2