# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DANZAS CORPORATION, d/b/a,
DHL DANZAS AIR & OCEAN
    Plaintiff

                             CIVIL ACTION NO. 04-30219-MAP
    V.

KROFTA TECHNOLOGIES CORPORATION, ET AL
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>PONSOR, D..J</u>:

    The Court having been advised on <u>June 27, 2005</u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                               By the Court,

June 27, 2005                                    /s/ Mary Finn
      Date                                                 Deputy Clerk