DeOrchis & Partners, LLP
2355 Main Street
South Chatham, MA 02659
(508) 432-2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANZAS CORPORATION d/b/a DHL DANZAS AIR & OCEAN,

        Plaintiff,

- against -

KROFTA TECHNOLOGIES CORPORATION, PETER R. KIRCHNER, MICHAEL NOYES, NORTHEAST FABRICATORS & MECHANICAL SERVICES, LLC, and DANIEL SHEPARD,

        Defendants.

Civil Case no.: 04-30219-MAP

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel and pursuant to Fed. R. Civ. P. 41(a), *et seq.*, that the above captioned action including all claims, cross-claims, and counterclaims are hereby dismissed with prejudice and without attorneys' fees or costs.

APPROVED
*[signature]*
8-22-05

1

Dated:       August 12, 2005

| | |
|---|---|
| WEINBERG & GARBER, P.C.<br>Attorneys for Defendant<br>Daniel Shepard<br><br>By: _____<br>   JOHN GARBER, ESQ.<br>   71 King Street<br>   Northhampton, MA 01060<br>   (413) 582-6886 - Tel.<br>   (413) 582-6881 - Fax. | DEORCHIS & PARTNERS, LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>   JOHN K. FULWEILER, ESQ.<br>   61 Broadway, 26th Floor<br>   New York, NY 10006<br>   212-344-4700 - Tel.<br>   212-422-5299 - Fax. |

SIMONS SMITH & GERRARD
Attorneys for Defendants
Dalton Tech, Inc. formerly known as Krofta Techonologies
Corporation, Peter R. Kirchner, Michael Noyes, and Northeast
Fabricators & Mechanical Services, LLC

By: _____
   BENJAMIN SMITH, ESQ.
   75 North Street
   Pittsfield, MA 01201
   (413) 442-2731 - Tel.
   (413) 443-7409 - Fax.


SO ORDERED

_____
UNITED STATES DISTRICT JUDGE